**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

FILED
CLERK, U.S. DISTRICT COURT

7/30/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: CDO   DEPUTY

Case Number  24-00219(A)-MCS          Defendant Number  1

U.S.A. v.  HENRY LOCONTI               Year of Birth  1960

[✓] Indictment      [ ] Information    Investigative agency (FBI, DEA, etc.)  USPIS

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense  9/18/2015-1/2022

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in
(CHECK **ALL** THAT APPLY):

[✓] Los Angeles        [ ] Ventura

[ ] Orange             [ ] Santa Barbara

[ ] Riverside          [ ] San Luis Obispo

[ ] San Bernardino     [ ] Other _____

Citation of Offense  18 U.S.C. 1962(d), 1343

e. Division in which the MAJORITY of events, acts, or omissions
giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and
the same transaction or series of transactions been previously
filed and dismissed before trial?

[✓] No   [ ] Yes

If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related
if a previously filed indictment or information and the present
case:

a. arise out of the same conspiracy, common scheme,
transaction, series of transactions or events; or

b. involve one or more defendants in common, and would
entail substantial duplication of labor in pretrial, trial or
sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED
CASE**): N/A

_____

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on:  N/A

Case Number:  N/A

Assigned Judge:  N/A

Charging: N/A

The complaint/CVB citation:

[ ] is still pending

[ ] was dismissed on: N/A

**PREVIOUS COUNSEL**

Was defendant previously represented?  [✓] No   [ ] Yes

IF YES, provide Name:  N/A

Phone Number:  N/A

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*   [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

[✓] Yes*   [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**  [✓] Yes   [ ] No

This is the  1ST  superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
4/2/2024

Case Number  CR 24-219 MCS

The superseded case:

[✓] is still pending before Judge/Magistrate Judge

MARK C. SCARSI

[ ] was previously dismissed on  N/A

Are there 8 or more defendants in the superseding case?

[ ] Yes*   [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

[✓] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or
Information?

[✓] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE
MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS
FILED IF EITHER "YES" BOX IS CHECKED.

[Reset Form]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect:

N/A

**OTHER**

☑ Male   ☐ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s)   N/A

This defendant is charged in:
  ☐ All counts
  ☑ Only counts:   1, 2, 4

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☑ financial institution fraud   ☐ public corruption
☐ government fraud   ☐ tax offenses
☐ environmental issues   ☑ mail/wire fraud
☐ narcotics offenses   ☐ immigration offenses
☐ violent crimes/firearms   ☐ corporate fraud
☐ Other   N/A

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint:   N/A

b. Posted bond at complaint level on:   N/A

  in the amount of $ N/A

c. PSA supervision?   ☐ Yes   ☐ No

d. Is on bail or release from another district:
N/A

Defendant is **in custody**:

a. Place of incarceration:   ☐ State   ☐ Federal

b. Name of Institution:   N/A

c. If Federal, U.S. Marshals Service Registration Number:
N/A

d. ☐ Solely on this charge.  Date and time of arrest:
N/A

e. On another conviction:   ☐ Yes   ☐ No
  IF YES :   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☐ Yes   ☐ No
  IF YES :   ☐ State   ☐ Federal   AND
  Name of Court:   N/A
  Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   N/A   20 _____   21 _____   40 _____

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:   N/A

Date   07/30/2024

/s/ Monica E. Tait

Signature of Assistant U.S. Attorney

MONICA E. TAIT
Print Name